**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF WISCONSIN**
**MILWAUKEE DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 24-20014-gmh |
| Bonnie J. Felton<br>Fka Bonnie J. Kearney | CHAPTER 13 |
| Debtor. | JUDGE G. Michael Halfenger |

# REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Sottile and Barile, Attorneys at Law**
**394 Wards Corner Road, Suite 180**
**Loveland, OH 45140**
**bankruptcy@sottileandbarile.com**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 31, 2024, I electronically filed the foregoing Request for Service of Notices with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Bonnie J. Felton, Debtor
2571 North 13th Street
Milwaukee, WI 53206

David F. Kingstad, Debtor's Counsel
ecfmail@kingstadlaw.com

Scott A. Lieske, Chapter 13 Trustee
ecf@chapter13milwaukee.com

Office of the U.S. Trustee
ustpregion11.mi.ecf@usdoj.gov

Respectfully Submitted

/s/ Dylan Dean Smith

Dylan Dean Smith (OH 0100430)
Attorney for Creditor
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com