**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

---

| | |
|---|---|
| **IN RE BONNIE J FELTON** | **CASE NO. 24-20014-GMH** |
| **AKA: BONNIE J KEARNEY** | |
| | **CHAPTER 13** |
| **DEBTOR** | |

---

# NOTICE OF APPEARANCE

---

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Ally Financial (Creditor). Please serve a copy of all notices, correspondence or orders on Joshua Brady, who is admitted to practice in this Court, at the address below:

Joshua Brady
GALANIS, POLLACK, JACOBS & JOHNSON S.C.
413 N. 2nd St., Suite 150
Milwaukee, WI 53203
jbrady@gpjlaw.com

Dated: March 11, 2024

Respectfully submitted:

*/s/ Joshua Brady*
**JOSHUA BRADY**
State bar #1041428
GALANIS, POLLACK, JACOBS & JOHNSON S.C.
413 N. 2nd St., Suite 150
Milwaukee, WI 53203
(414) 271-5400 (phone)
(414) 271-5571 (fax)
jbrady@gpjlaw.com

Attorney for Creditor
Ally Financial

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

**IN RE BONNIE J FELTON**
**AKA: BONNIE J KEARNEY**

**DEBTOR**

**CASE NO. 24-20014-GMH**

**CHAPTER 13**

**UNSWORN DECLARATION FOR PROOF OF SERVICE**

Joshua Brady, attorney of Galanis, Pollack, Jacobs & Johnson S.C., being an attorney admitted to practice law in this Court, with an office address of 413 N. 2nd St. Suite 150, Milwaukee WI 53203, declares that on the date set forth below, I served the annexed ***Notice of Appearance*** upon each of the entities named below by electronic transmission or by causing a copy to be mailed thereof by first class mail postage prepaid addressed to each of them as follows:

---

*Debtor Via US Mail:*
Bonnie J Felton
2571 North 13th Street
Milwaukee, WI 53206

*Chapter 13 Trustee via CM/ECF:*
Scott Lieske
P.O. Box 510920
Milwaukee, WI 53203
ecf@chapter13milwaukee.com

*US Trustee via CM/ECF:*
Office of the U. S. Trustee
517 East Wisconsin Ave.,
Room 430
Milwaukee, WI 53202
ustpregion11.mi.ecf@usdoj.gov

*Counsel for Debtor via CM/ECF:*
David G. Kingstad
4811 South 76th Street, Suite 410
Greenfield, WI 53220
ECFMail@kingstadlaw.com

---

I declare, under penalty of perjury, that the foregoing is true and correct.

Date: March 11, 2024

*Signed:* *_/s/ Joshua Brady_*

---